# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02620-NYW

PAC-12 NETWORK, LLC,

      Plaintiff,

v.

DISH NETWORK, LLC,

      Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO MAINTAIN LEVEL 1 RESTRICTION

Pursuant to Local Civil Rule 7.2, Plaintiff Pac-12 Network, LLC ("Pac-12") respectfully moves this Court for leave to maintain under Level 1 restriction the un-redacted Complaint filed at ECF 2. In support of this motion, Plaintiff states as follows:

1. <u>Certification Pursuant to Local Rule 7.1(a)</u>: Plaintiff has conferred with counsel for Defendant DISH Network, LLC's ("DISH"), who requested that Pac-12 file this motion to restrict.

2. Pac-12's Complaint includes a claim for breach of contract that is based on an agreement between Pac-12 and DISH ("Agreement").

3. To allege its claim, Pac-12 included in the Complaint relevant provisions from the Agreement, as well as payment amounts calculated pursuant to those provisions. The Agreement requires that the terms or conditions thereof be kept confidential.

1

4. Accordingly, Plaintiff publicly filed a redacted version of the Complaint at ECF 1, and an un-redacted version at ECF 2 under Level 1 restriction.

5. The redacted portions of the Complaint at ECF 1 reflect confidential provisions from the Agreement and related payment amounts, and are competitively sensitive business information that could cause harm to the parties if disclosed. The redacted information, while potentially harmful in the hands of competitors, is not necessary for the general public to understand or evaluate the issues between the parties.[1] This harm could include, for example, a significant loss of negotiating position as to other programming providers or distributors, as applicable. *See, e.g., Health Grades, Inc. v. MDx Med., Inc.*, No. 11–cv–00520, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) ("the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information").

6. Plaintiff seeks only a Level 1 restriction—the lowest level of restriction. Further, Plaintiff seeks to redact only the portions of the Complaint that refer to confidential information related to the Agreement. Permitting a Level 1 Restriction for the confidential information in the Agreement is the only method that can adequately protect the competitively sensitive information.

WHEREFORE, Pac-12 respectfully requests that the Court maintain Level 1 restriction for the un-redacted Complaint filed at ECF 2.

---

[1] Furthermore, this motion is being filed concurrently with a notice of voluntary dismissal without prejudice. This Motion thus seeks to maintain the Complaint under Level 1 restriction following dismissal.

Dated: October 13, 2022

*/s/ Mitchell A. Kamin*
Mitchell A. Kamin
Neema T. Sahni
Michael D. Fields
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mfields@cov.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I will cause a copy of the **PLAINTIFF'S MOTION FOR LEAVE TO MAINTAIN LEVEL 1 RESTRICTION** to be sent to the following party in the way described below the party's name:

Party Name: DISH Network, LLC
How Served: By email to DISH Network, LLC, to the attention of its SVP & Deputy General Counsel.

*/s/ Neema T. Sahni*
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

*Attorney for Plaintiff*