## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:22-cv-02620-NYW**

**PAC-12 NETWORK, LLC,**

      Plaintiff,

  v.

**DISH NETWORK, LLC,**

      Defendant.

---

### PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pac-12 Network, LLC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.[1]

Dated:  October 13, 2022

                                */s/ Mitchell A. Kamin*
                                Mitchell A. Kamin
                                Neema T. Sahni
                                Michael D. Fields
                                COVINGTON & BURLING LLP
                                1999 Avenue of the Stars, Suite 3500
                                Los Angeles, CA 90067-4643
                                Telephone: (424) 332-4800
                                mkamin@cov.com
                                nsahni@cov.com
                                mfields@cov.com

                                *Attorneys for Plaintiff*

---

[1] In light of this Notice, Plaintiff understands that it need not further respond to the Court's Order to Show Cause (ECF 9).